IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JANICE BUCHHAMER,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No: 5:04CV354 (DF) |
| | : |
| **FOOD LION, LLC,** | : |
| | : |
| Defendant. | : |

_____

### ORDER ALLOWING WITHDRAWAL OF COUNSEL

The Motion to Withdraw as Counsel of Record (doc. 26) filed by J.A. Powell, Jr. and same having been reviewed by this Court,

IT IS HEREBY ORDERED AND ADJUDGED that J.A. POWELL, JR. is hereby allowed to withdraw as counsel for JANICE BUCHHAMER on the 9th day of November, 2006.

IT IS FURTHER ORDERED AND ADJUDGED that all notices and other paperwork shall be directly served on JANICE BUCHHAMER by mail, at the last known address:

105 Bass Plantation Drive, #103, Macon, GA 31210

until new counsel enters an appearance.

IT IS FURTHER ORDERED AND ADJUDGED that JANICE BUCHHAMER shall have sixty (60) days from the date of this Order in which to find substitute counsel. Furthermore, there shall be no discovery or any depositions scheduled to take place during this sixty (60) day period without further order of the Court.

IT IS FURTHER ORDERED AND ADJUDGED that the substitute counsel for JANICE BUCHHAMER notify the Court of her representation of JANICE BUCHHAMER and shall

schedule a status conference with the Court as soon as practical.

IT IS FURTHER ORDERED AND ADJUDGED that the case is not dismissed, but shall proceed in a normal fashion after the sixty (60) day period referred to above.

SO ORDERED this 9th day of November, 2006.

/s/ Duross Fitzpatrick
HONORABLE DUROSS FITZPATRICK
UNITED STATES DISTRICT COURT